UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R.F. KERN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID DRUMMOND, *et al.*, <br><br> Defendants. | Case No.  3:24-cv-00238-ART-CSD <br><br> **ORDER GRANTING** <br><br> STIPULATION TO <br> DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Plaintiff, Stephen R.F. Kern, Jr., and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of April, 2025.   DATED this 15th day of April, 2025

AARON D. FORD
Attorney General

By: *[signature]*
Stephen R.F. Kern, Jr. #66648
Plaintiff

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendants*

DATED 4/15/25, 2025.

**ORDER**

IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

*[signature]*
Anne R. Traum
United States District Judge

DATED: <u>April 24, 2025</u>